IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  11-cv-01138-REB-BNB | Date: September 28, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ROBERT LOPEZ and<br>KELLI LOPEZ,<br>individually, and as guardians<br>as litem for SIERRS WINDHOLZ, a minor. | David Babcock<br>John Riley |
| Plaintiff(s), | |
| v. | |
| DEL MONTE FRESH PRODUCE N.A.,<br>INC.,<br>a foreign corporation and<br>JOHN DOES 1-10, | Carol Lumpkin<br>Annie Zaffuto<br>George Matava |
| Defendant(s). | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Plaintiffs' motion for leave to file first amended complaint [doc.#30; filed 9/7/11] is granted for reasons stated on the record. The Clerk of Court is directed to accept the amended complaint for filing.**

**ORDERED:    The case schedule is extended as follows:**
    **Discovery cut-off is: March 19 2012**
    **The dispositive motion deadline is: March 19, 2012**

    **The plaintiffs shall designate all experts no later than: December 30, 2011**
    **The defendant shall designate all experts and rebuttal experts no later than: January 30, 2012.**
    **The plaintiffs shall designate all rebuttal experts no later than: February 17, 2012.**

**ORDERED:**  **The Final Pretrial Conference is vacated and reset for April 19, 2012 at 1:30 p.m. The parties shall submit a final pretrial order on or before April 12, 2012.**

**ORDERED:**  **A Status Conference is set for December 13, 2011 at 1:30 p.m.**

**ORDERED:**  **Any motion to further modify the schedule must be filed on or before December 6, 2011**.

Court in Recess:   1:47 p.m.   Hearing concluded.   Total time in Court: 00:18

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.