IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01138-REB-BNB

ROBERT LOPEZ, and
KELLI LOPEZ, individually, and as Guardians *ad litem* for SIERRA WINDHOLZ, a minor,

Plaintiffs,

v.

DEL MONTE FRESH PRODUCE N.A., INC., a foreign corporation, and
JOHN DOES 1-10,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion for Leave to File First Amended Complaint** [Doc. # 30, filed 9/7/2011] (the "Motion to Amend"), which is GRANTED.

I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 30] is GRANTED, and the Clerk of the Court is directed to accept for filing Plaintiffs' First Amended Complaint [Doc. # 30-1].

(2) The case schedule is modified to the following extent:

    Discovery Cut-Off:          March 19, 2012

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    March 19, 2012

Expert Disclosures:

(a) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 30, 2011

(b) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 30, 2012

(b) The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 17, 2012

Final Pretrial Conference: The final pretrial conference set for February 29, 2012, at 10:00 a.m., is VACATED and RESET to April 19, 2012, at 1:30 p.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than April 12, 2012.

(3) Any motion to further modify the schedule based on the amendment to the complaint must be filed on or before December 6, 2011;

(4) A status conference is set for December 13, 2011, at 1:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to address the following issues: (a) service of process against Productos Agricolas de Oriente, S.A.; and (b) any additional modifications of the schedule which the parties believe may be necessary.

Dated September 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge