IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01138-REB-BNB

ROBERT LOPEZ, and KELLI LOPEZ,
individually, and as guardians ad litem
for S. W., a minor,

    Plaintiffs,

v.

DEL MONTE FRESH PRODUCE N.A., INC.
a foreign corporation, PRODUCTOS AGRICOLAS
DE ORIENTE, S.A., a Guatemalan Corporation;
COSTCO WHOLESALE CORPORATION, a foreign
corporation; and JOHN DOES 1-10,

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -1 2011

GREGORY C. LANGHAM
                      CLERK

**ORDER GRANTING PETITION FOR ISSUANCE OF LETTERS ROGATORY
FOR SERVICE OF PROCESS ABROAD**

This matter having come before the Court upon Plaintiffs' Petition for Issuance of Letters Rogatory for Service of Process Abroad, and the Court being duly advised in the premises, Plaintiffs' Motion is hereby GRANTED.

The Clerk of the Court is hereby ORDERED to execute said Letters Rogatory at pages 4 and 5 and obtain the signature of the appropriate Judge on page 4.

DATED this 1st day of November, 2011.

BY THE COURT:

_____
**BOYD N. BOLAND**
United States **Magistrate Judge**