**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01138-REB-BNB

ROBERT LOPEZ, and
KELLI LOPEZ, individually, and as guardians ad litem for S.W., a minor,

    Plaintiffs,

v.

DEL MONTE FRESH PRODUCE N.A., INC., a foreign corporation,
PRODUCTOS AGRICOLAS DE ORIENTE, S.A., a Guatemalan corporation,
COSTCO WHOLESALE CORPORATION, a foreign corporation, and
JOHN DOES 1-10

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the **Joint Notification of Settlement and Request for Administrative Closure** [#70][1] filed April 4, 2012. After reviewing the motion and the file, I conclude that the request should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Notification of Settlement and Request for Administrative Closure** [#70] filed April 4, 2012, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated April 6, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge