**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01138-REB-BNB

ROBERT LOPEZ, and
KELLI LOPEZ, individually, and as guardians ad litem for S.W., a minor,

    Plaintiffs,

v.

DEL MONTE FRESH PRODUCE N.A., INC., a foreign corporation,
PRODUCTOS AGRICOLAS DE ORIENTE, S.A., a Guatemalan corporation,
COSTCO WHOLESALE CORPORATION, a foreign corporation, and
JOHN DOES 1-10

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal** [#72][1] filed July 26, 2012. On April 6, 2012, the court entered its **Order of Administrative Closure** [#71] on the **Joint Notification of Settlement and Request for Administrative Closure** [#70] filed April 4, 2012. The parties now are requesting the court to dismiss this action with prejudice. I conclude the the clerk of the court should reopen this civil action, that the stipulation for dismissal should be approved, and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      2.  That the **Stipulation For Dismissal** [#72] filed July 26, 2012, is **APPROVED**; and

      3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated July 27, 2012, at Denver, Colorado.

                          **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge